IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN BROWN, | ) |
|       Plaintiff, | ) |
| v. | ) No. 07 C 7022 |
| COOK COUNTY, Illinois, and | ) |
| and SYLVIA EDWARDS, Acting Chief | ) Judge Shadur |
| Operating Officer of Oak Forest Hospital | ) |
| Of Cook County, Individually, | ) |
|       Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants, Cook County, and Sylvia Edwards, Individually, by and through their attorney, Richard A. Devine, State's Attorney of Cook County, and his Assistant State's Attorney, Lisa M. Meador, and pursuant to Fed. R. Civ. P. 12(b)(6) move to dismiss Plaintiff's Complaint.

Defendants attach their Memorandum of Law in Support of this Motion to Dismiss and incorporate it into this motion.

          Respectfully submitted,

          Richard A. Devine
          State's Attorney of Cook County

By:    /s/Lisa M. Meador
          Lisa M. Meador
          Assistant State's Attorney
          500 Richard J. Daley Center
          Chicago, Illinois 60602
          (312) 603-4186
          ARDC No. 6270259