# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KAREN BROWN | ) | |
| | ) | Case No. 07 C 7022 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| COOK COUNTY, Illinois and | ) | Magistrate Judge Cole |
| SYLVIA EDWARDS, Acting Chief | ) | |
| Operating Officer of Oak Forest Hospital | ) | |
| Of Cook County, Individually, | ) | |
| | ) | |
| Defendant. | ) | Jury Demand |

## NOTICE OF MOTION

To:  **Lisa Marie Meador**
Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6461

PLEASE TAKE NOTICE, that on **March 7, 2008 at 9:15 AM .** I shall appear before Judge Shadur in the courtroom where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.**

/s/    Leslie C. McCoy
Leslie C. McCoy
ED FOX & ASSOCIATES.
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

## PROOF OF SERVICE

I, Leslie C. McCoy, an attorney, under penalty of perjury, and state that on February 29, 2008, service is being made in accordance with the General Order on Electronic Case Filing section XI.

/s/    Leslie C. McCoy
Leslie C. McCoy