IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN BROWN | ) | |
| | ) | Case No. 07 C 7022 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| COOK COUNTY, Illinois and | ) | Magistrate Judge Cole |
| SYLVIA EDWARDS, Acting Chief | ) | |
| Operating Officer of Oak Forest Hospital | ) | |
| Of Cook County, Individually, | ) | |
| | ) | |
| Defendant. | ) | Jury Demand |

## NOTICE OF MOTION

To: Lisa Marie Meador
Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6461

PLEASE TAKE NOTICE, that on **March 24, 2008 at 9:15 AM**. I shall appear before Judge Shadur in the courtroom where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION TO RECONSIDER THE DISMISSAL OF PLAINTIFF'S COMPLAINT.**

/s/ Edward M. Fox
Edward M. Fox
ED FOX & ASSOCIATES.
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

## PROOF OF SERVICE

I, Edward M. Fox, an attorney, under penalty of perjury, and state that on March 14, 2008, service is being made in accordance with the General Order on Electronic Case Filing section XI.

/s/ Edward M. Fox
Edward M. Fox