IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN BROWN | ) | |
| | ) | Case No. 07 C 7022 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| COOK COUNTY, Illinois and | ) | Magistrate Judge Cole |
| SYLVIA EDWARDS, Acting Chief | ) | |
| Operating Officer of Oak Forest Hospital | ) | |
| Of Cook County, Individually, | ) | |
| | ) | |
| Defendant. | ) | Jury Demand |

**AMENDED NOTICE OF MOTION**

To:   Lisa Marie Meador
      Cook County State's Attorney
      500 Richard J. Daley Center
      Chicago, IL 60602
      (312) 603-6461

  PLEASE TAKE NOTICE, that on **March 26, 2008 at 9:15 AM** . I shall appear before Judge Shadur in the courtroom where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION TO RECONSIDER THE DISMISSAL OF PLAINTIFF'S COMPLAINT.**

                                              /s/    Edward M. Fox
                                                     Edward M. Fox
                                                     ED FOX & ASSOCIATES.
                                                     300 West Adams, Suite 330
                                                     Chicago, IL 60606
                                                     (312) 345-8877

**PROOF OF SERVICE**

I, Edward M. Fox, an attorney, under penalty of perjury, and state that on March 14, 2008, service is being made in accordance with the General Order on Electronic Case Filing section XI.

                                              /s/    Edward M. Fox
                                                     Edward M. Fox