# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7022 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Karen Brown vs. Cook County | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for reconsideration is granted. (17-1) This action is ordered reopened. Plaintiff's amended complaint is to be filed on or before April 2, 2008. Defendant's responsive pleading is due 14 days after date of delivery of the amended complaint. A status hearing is set for June 18, 2008 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SN |
|---|---|---|