IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN BROWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 7022 |
| v. | ) | |
| | ) | |
| COOK COUNTY, Illinois | ) | Judge Shadur |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Ed Fox & Associates
      300 W. Adams Street
      Suite 330
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on April 16, 2008, Defendant, Cook County, filed the attached Answer To Plaintiff's First Amended Complaint with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division. A copy of which is attached hereto and served upon you.

                                    **RICHARD A. DEVINE**
                                    State's Attorney of Cook County

        By:    s/Lisa M. Meador
               Lisa M. Meador
               Assistant State's Attorney
               500 Richard J. Daley Center
               Chicago, Illinois 60602
               (312) 603-4186
               ARDC No. 6270259

## CERTIFICATE OF SERVICE

I, Lisa M. Meador, Assistant State's Attorney, certify that on April 16, 2008 I caused to be served this notice and the referenced document to the persons specified herein above via electronic filing with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, on or before 5:00 p.m.

                                    s/Lisa M. Meador